IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 0888 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Honorable James B. Zagel |
| | ) | |
| ROD BLAGOJEVICH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**

SEP 30 2010 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF APPEAL**

Notice is hereby given that Maisha Imani Hamilton, movant in the above named case, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the order denying her motion to intervene entered in this action on the 2nd day of September 2010.

*Maisha Hamilton*

Maisha Imani Hamilton, PRO SE

8211 S. St Lawrence Ave.

Chicago, IL 60619

maisha7@aol.com