# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **ROD BLAGOJEVICH**, Reg. No. 40892-424, was convicted, in the United States District Court for the Northern District of Illinois on a second superseding indictment (Docket No. 08cr888-1), of violations of Sections 2, 371, 666(a)(1)(B), 1001(a)(2), 1343, 1346, and 1951(a), Title 18, United States Code, for which a total sentence of 168 months' imprisonment, two years' supervised release, a twenty thousand dollar ($20,000) fine, and a one thousand three hundred ($1,300) dollar special assessment was imposed on December 7, 2011, (as amended on August 9, 2016); and

*WHEREAS* the said **ROD BLAGOJEVICH**, has been confined continuously since his voluntary surrender on March 15, 2012, and is presently incarcerated at the Federal Correctional Institution – Englewood in Littleton, Colorado; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **ROD BLAGOJEVICH** to remain confined until his currently projected release date of March 13, 2024, and the safety of the community will not be compromised if he is released:

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **ROD BLAGOJEVICH**: I commute the prison sentence imposed upon the said **ROD BLAGOJEVICH** to time served. I leave intact and in effect the two-year term of supervised release with all its conditions, and all other components of the sentence, including the unpaid balance, if any, of the $20,000 fine.

**I HEREBY DESIGNATE**, direct, and empower, the Office of the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Northern District of Illinois, and to the said **ROD BLAGOJEVICH**, a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect immediately the release of the said **ROD BLAGOJEVICH** with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this 18th day of Feb. in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fourth.*

**DONALD J. TRUMP**
**President**